IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-CV-00008-RPM-CBS

APRIL MCCELLAND DALTON,

     Plaintiff,

v.

ACE PROPERTY AND CASUALTY INSURANCE COMPANY,

     Defendant.

---

### ORDER OF DISMISSAL

---

Pursuant to the Joint Stipulation of Dismissal (Doc. #9), filed on March 8, 2006, it is

ORDERED that this civil action is dismissed with prejudice, each party to bear its own attorney fees and costs.

Dated: March 8, 2006

                    BY THE COURT:

                    s/Richard P. Matsch
                    _____
                    Richard P. Matsch, Senior District Judge